**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward D. Lubon                                    CHAPTER 13
                              Debtor(s)

                                                    BKY. NO. 22-20241 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Paramount Residential Mortgage Group, Inc.
and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ Brian C. Nicholas

                      Brian Nicholas
                      15 Feb 2022, 16:42:00, EST

                      Brian C. Nicholas, Esq. (317240)  ☑
                      Maria D. Miksich, Esq. (319383)  ☐
                      Denise Carlon, Esq. (317226)    ☐
                      Rebecca A. Solarz, Esq. (315936) ☐
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      bkgroup@kmllawgroup.com