**Form 132**

UNITED STATES BANKRUPTCY COURT        31
WESTERN DISTRICT OF PENNSYLVANIA    bsil

In re:                                                                    Bankruptcy Case No.: 22−20241−TPA

Chapter: 7

**Edward D. Lubon**
   Debtor(s)

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

Eric E. Bononi is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 8/18/22

**Andrew R. Vara**
United States Trustee

**Marta E. Villacorta**
Assistant United States Trustee
Western District of Pennsylvania

---

I Eric E. Bononi, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Eric E. Bononi

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20241-TPA |
| Edward D. Lubon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 18, 2022 | Form ID: 132 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Bryan P. Keenan, 993 Greentree Road, Suite 200, Pittsburgh, PA 15220-3241 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: eric@bononilaw.com | Aug 18 2022 23:52:00 | Eric E. Bononi, 20 North Pennsylvania Avenue, Greensburg, PA 15601-2337 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2022             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Paramount Residential Mortgage Group Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Edward D. Lubon keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 18, 2022 | Form ID: 132 | Total Noticed: 2 |

Jeffrey Hunt
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 7