# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20241-TPA** |
| **Edward D. Lubon** | ) | **Chapter 7** |
| Debtor | ) | Doc No. |
| **Edward D. Lubon** | ) | |
| Movant | ) | |
| v. | ) | |
| **AHN Wexford Hospital,** | ) | |
| **Heritage Valley Sewickley Hospital** | | |

### CERTIFICATE OF SERVICE ON ORDER FOR DEBTORS
### COVER SHEET, AMENDED SCHEDULE F,
### AND CHAPTER 7 MOC NOTICE

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **August 24, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Eric E. Bononi Chapter 7 Trustee,** at bankruptcy@bononilaw.com

**1.) Service by First Class Mail--**
a **AHN Wexford Hospital** 12351 Perry Hwy Wexford, PA 15090
**b. Heritage Valley Sewickley Hospital** 1000 Dutch Ridge Beaver, PA 15009

**Executed on: August 24, 2022**     /s/ **Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com